**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-6956**

---

JOSEPH R. REID,

Plaintiff - Appellant,

versus

GARY POLK, Warden of Central Prison; RICK
JACKSON, Warden of Lanesboro Prison; KEN
BUTLER; MS. SCARBORO; LIEUTENANT THESSIN;
SARGENT BREMAN; SARGENT BALL; OFFICER
PRESSLEY; OFFICER LOWE; OFFICER CROWLEY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
District Judge. (5:05-ct-00459-D)

---

Submitted: October 31, 2006      Decided:  November 6, 2006

---

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Joseph R. Reid, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph R. Reid seeks to appeal the district court's order denying his motions for protective order and appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Reid seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED